UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN MURPHY,

        Plaintiff,

v.

LESLIE E. TOLZIN,

        Defendant.

CASE NO. 3:20-cv-05460-BJR-JRC

REPORT AND RECOMMENDATION:

NOTED FOR: **October 16, 2020**

    The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge J. Richard Creatura. Plaintiff Kevin Murphy, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983. Dkt. 1-1.

    On June 15, 2020, the Court screened plaintiff's proposed complaint (hereinafter "the complaint") under 28 U.S.C. § 1915A and concluded that plaintiff failed to state a claim upon which relief can be granted. Dkt. 5. The Court provided plaintiff leave to file an amended pleading by July 15, 2020. *Id.* The Court warned plaintiff that failure to respond to the order would result in the Court recommending dismissal of this action pursuant to § 1915. *Id.* The

REPORT AND RECOMMENDATION - 1

Court declined to decide the motion to proceed *in forma pauperis* (Dkt. 4) until plaintiff filed an amended complaint. *Id.*

On July 9, 2020, the Court was advised that there was a mistake with plaintiff's documents and another prisoner may have received filings directed to plaintiff. Dkt. 6. The same day, the Court resent the Court's June 15, 2020 order, forms, and docket sheet to plaintiff at the Pierce County Jail, and the deadline to file an amended complaint was extended to August 31, 2020. Dkt. 6. Mail addressed to plaintiff was returned to the Court marked undeliverable on July 20, 2020 and August 19, 2020. Dkt. 7, 9.

Plaintiff has failed to comply with the Court's order. He has not filed a response to the order or attempted to file an amended complaint. As plaintiff has failed to respond to the Court's order and prosecute this case, the Court recommends that this case be dismissed without prejudice. The Court also recommends that plaintiff's motion to proceed IFP (Dkt. 4) be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 16, 2020, as noted in the caption.

Dated this 14th day of September, 2020.

J. Richard Creatura
United States Magistrate Judge