UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN ALLEN MURPHY,

                *Plaintiff*,

   v.

LESLIE E. TOLZIN,

                *Defendant*.

Case No. 3:20-CV-05460-BJR-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION.

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, and the remaining record, hereby ORDERS:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Complaint, Dkt. No. 1, and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(i);

3. Plaintiff's motion to proceed *in forma pauperis*, Dkt. No. 4, is DENIED as moot; and

4. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable J. Richard Creatura.

DATED this 2nd day of November, 2020.

*/s/ Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
United States District Judge